```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

WOODY PAIGE,                      )
                                  )
              Plaintiff,           )         4:08CV3108
                                  )
       v.                          )
                                  )
BRYANLGH MEDICAL CENTER,           )            ORDER
                                  )
              Defendant.           )
                                  )
```

IT IS ORDERED:

The unopposed oral motion of plaintiff is granted, and the deadline for filing the parties' Rule 26 planning conference report is extended to August 15, 2008.

DATED this 11th day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge