IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODY PAIGE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3108 |
| | ) | |
| V. | ) | |
| | ) | |
| BRYANLGH MEDICAL CENTER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Rule 16 telephone planning conference will be held on November 7, 2008 at 2:45 p.m. Plaintiff's counsel shall initiate the call.

DATED this 6th day of November, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge