IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODY PAIGE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3108 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYANLGH MEDICAL CENTER, | ) | ORDER TO WITHDRAW EXHIBITS |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order:

**Plaintiff's Exhibits: 1-4, 6, 8, 9, 11-14, 18 and 35** of Jury Trial held 7/20/2009 through 7/23/2009.

**Defendant's Exhibits: 20-25, 30, 33, 34** of Jury Trial held 7/20/2009 through 7/23/2009.

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 24TH day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge